SHEPHERD, ADMR., APPELLANT, *v.* UNITED PARCEL SERVICE ET AL., APPELLEES.

[Cite as *Shepherd v. United Parcel Serv.* (1993), 67 Ohio St.3d 1203.]

(No. 92–1404—Submitted June 3, 1993—Decided July 28, 1993.)

---

*Waite, Schneider, Bayless & Chesley Co., L.P.A., Stanley M. Chesley, Paul M. De Marco* and *D. Arthur Rabourn,* for appellant.

*Campbell, Woods, Bagley, Emerson, McNeer & Herndon* and *Christopher A. Conley,* for appellee United Parcel Service.

*Bannon, Howland & Dever, Robert E. Dever* and *Richard T. Schisler,* for appellee Portsmouth Area Growth Foundation, Inc.

---

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

A.W. SWEENEY, Acting C.J., CHRISTLEY, WRIGHT and RESNICK, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., dissents and would reverse.

PFEIFER, J., dissents and would affirm.

JUDITH A. CHRISTLEY, J., of the Eleventh Appellate District, sitting for MOYER, C.J.